1

**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
2
*E-mail: bheikali@faruqilaw.com*
Ruhandy Glezakos (SBN 307473)
3
*E-mail: rglezakos@faruqilaw.com*
Joshua Nassir (SBN 318344)
4
*E-mail: jnassir@faruqilaw.com*
10866 Wilshire Boulevard, Suite 1470
5
Los Angeles, CA 90024
Telephone: (424) 256-2884
6
Facsimile: (424) 256-2885

7
*Attorneys for Plaintiffs and proposed Class Members*
8

9

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISO DIVISION**
10

11

| | |
|---|---|
| LUZ SANCHEZ, DOLLY VIERRA, and minors M.S. and A.D., individually and on behalf of all others similarly situated, | Case No.: 3:20-cv-06929-WHA |
| | **PLAINTIFFS' STATEMENT OPPOSING DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| Plaintiffs, | |
| v. | **[N.D. Civ. L.R. 3-13]** |
| NINTENDO OF AMERICA INC., | Judge:  Hon. William Alsup |
| Defendant. | Action Filed:  October 5, 2020 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 3-13 of the United States District Court for the Northern

2    District of California, Plaintiffs Luz Sanchez, Dolly Vierra, and minors M.S. and A.D.

3    ("Plaintiffs") hereby submit this opposition to Defendant Nintendo of America Inc.'s

4    ("Defendant") Notice of Pendency of Other Action or Proceeding ("Notice") (Dkt. 26).

5    Defendant filed the Notice requesting that the Court transfer this Action to the United States

6    District Court for the Western District of Washington, raising several arguments in its Notice that

7    it also advances in its Motion to Transfer Case or Compel Arbitration and To Dismiss ("Motion")

8    (Dkt. 27).

9    As an initial matter, Defendant's request is improper under the Local Rules. Defendant

10   contends that "[t]o avoid conflicts, conserve resources, and promote an efficient determination of

11   this action, the Court should *transfer* this Action to the Western District of Washington." Notice

12   at 3 (citing Civ. L.R. 3-13) (emphasis added). However, the plain language of the Local Rule only

13   permits a party to request transfer pursuant to 28 U.S.C § 1407 (Multi District Litigation

14   Procedures) and otherwise permits a party to request *coordination* with another action. *See* Civ.

15   L.R. 3-13 (b)(3)(B). Here, proceedings in the cases against Defendant have not been consolidated

16   under 28 U.S.C § 1407, and thus the most Defendant can request is coordination with the

17   Washington actions, which it does not request. Defendant's request to transfer the case to the

18   Western District of Washington should be denied for this reason alone. *Quantum Corp. v.*

19   *Crossroads Sys., Inc.*, No. C 14-04293 WHA, 2015 WL 1064851, at *1 (N.D. Cal. Mar. 11, 2015)

20   (J. Alsup) (finding that the filing of a "Notice of Pendency of Other Action or Proceeding

21   Pursuant to Civil Local Rule 3–13" concurrently with a motion to transfer "is a side show with no

22   bearing on the outcome of the transfer issue.").

23   Moreover, to the extent Defendant uses its Notice to argue that this Action should be

24   transferred to Washington pursuant to 28 U.S.C. § 1404 (a), the End User License Agreement's

25   forum-selection clause, or the first-to-file rule, Defendant makes all three of these arguments in

26   its Motion (Dkt. 27), which is the appropriate vehicle for bringing these arguments. Plaintiffs

27   oppose such arguments and will address these arguments fully in a forthcoming opposition brief

28

1

PLAINTIFFS' STATEMENT OPPOSING DEFENDANT'S NOTICE OF
PENDENCY OF OTHER ACTION OR PROCEEDING

1    thereto, to be filed on January 11, 2021.

2

3    Dated:  December 17, 2020

                                     **FARUQI & FARUQI, LLP**

4                                         By:___*s/ Benjamin Heikali*_____
5                                                   Benjamin Heikali

6                                         Benjamin Heikali (SBN 307466)
                                     Ruhandy Glezakos (SBN 307473)
7                                         Joshua Nassir (SBN 318344)

8                                         *Attorneys for Plaintiffs and proposed*
                                     *Class Members*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
2