**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
E-mail: bheikali@faruqilaw.com
Ruhandy Glezakos (SBN 307473)
E-mail: rglezakos@faruqilaw.com
Joshua Nassir (SBN 318344)
E-mail: jnassir@faruqilaw.com
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Attorneys for Plaintiffs and putative Class Members*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LUZ SANCHEZ, DOLLY VIERRA, and minors M.S. and A.D., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NINTENDO OF AMERICA INC.,<br><br>Defendant. | Case No. 3:20-cv-06929-WHA<br><br>**PLAINTIFFS' STATUS CONFERENCE STATEMENT**<br><br>Judge: Hon. William Alsup<br>Action Filed: October 5, 2020<br><br>Status Conference Scheduled:<br>March 31, 2022, at 11:00 a.m. |

Plaintiffs Luz Sanchez, Dolly Vierra, and minors M.S. and A.D. ("Plaintiffs") submit this Status Conference statement in advance of the Status Conference scheduled for March 31, 2022.

On March 3, 2021, the Court ordered the parties to arbitration, to decide the issue of whether there is a properly formed and enforceable arbitration agreement, and stayed this action pending that determination. Dkt. No. 43. The arbitration proceedings have now concluded, with a determination that Plaintiffs Luz Sanchez and Dolly Vierra (the "Parents") are bound by Nintendo of America Inc.'s ("Nintendo") arbitration agreement. However, it was also determined that there is no agreement between Nintendo and Plaintiffs M.S. and A.D. (the "Minors"), and thus, the Minors are not bound by Nintendo's arbitration agreement.

Accordingly, Minors M.S. and A.D. respectfully request that the stay in this matter be lifted, so that they may resume pursuing their class claims before this Court.

DATED: March 14, 2022            **FARUQI & FARUQI, LLP**

By: /s/ *Benjamin Heikali*

Benjamin Heikali (SBN 307466)
Ruhandy Glezakos (SBN 307473)
Joshua Nassir (SBN 318344)

Attorneys for Plaintiffs and
Putative Class Members