AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LUZ SANCHEZ, DOLLY VIERRA, and minors M.S. and A.D. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  3:20-cv-06929-WHA |
| NINTENDO OF AMERICA INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs LUZ SANCHEZ, DOLLY VIERRA, and minors M.S. and A.D.                              .

Date:   03/31/2022

/s/ Ruhandy Glezakos
*Attorney's signature*

Ruhandy Glezakos (SBN 307473)
*Printed name and bar number*
FARUQI & FARUQI, LLP
10866 Wilshire Blvd #1470
Los Angeles, CA 90024

*Address*

rglezakos@faruqilaw.com
*E-mail address*

(424) 256-2884
*Telephone number*

(424) 256-2885
*FAX number*