| | |
|---|---|
| 1 | **FARUQI & FARUQI, LLP** |
| 2 | Benjamin Heikali (State Bar No. 307466) |
|   | Ruhandy Glezakos (State Bar No. 307473) |
| 3 | 1901 Avenue of the Stars, Suite 1060 |
|   | Los Angeles, CA 90067 |
| 4 | Telephone: (424) 256-2884 |
|   | Facsimile: (424) 256-2885 |
| 5 | E-Mail: bheikali@faruqilaw.com |
| 6 | rglezakos@faruqilaw.com |
| 7 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUZ SANCHEZ, DOLLY VIERRA, and minors M.S. and A.D., individually and on behalf of all others similarly situated, | Case No. 3:20-CV-06929-WHA |
| | NOTICE OF FIRM CHANGE OF ADDRESS |
| Plaintiffs, | |
| v. | Judge: William Alsup |
| | Courtroom: 12, 19th Floor |
| NINTENDO OF AMERICA INC., | |
| Defendant. | |

NOTICE OF FIRM CHANGE OF ADDRESS
NO. 3:20-CV-06929-WHA

TO THE CLERK OF THE COURT FOR THE NORTHEN DISTRICT OF CALIFORNIA AND COUNSEL FOR ALL DEFENDANTS.

Please take notice that Counsel for Plaintiffs in the above-captioned action, has a new address for their California office which is as follows:

> FARUQI & FARUQI, LLP
> Benjamin Heikali
> Ruhandy Glezakos
> 1901 Avenue of the Stars, Suite 1060
> Los Angeles, CA 90067

All telephone and facsimile numbers, and email addresses remain the same. Please direct all further correspondence to this address.

Dated:  June 24, 2022               **FARUQI & FARUQI, LLP**

By:   */s/ Benjamin Heikali*

Benjamin Heikali (State Bar No. 307466)
Ruhandy Glezakos (State Bar No. 307473)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-Mail: bheikali@faruqilaw.com
            rglezakos@faruqilaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 24, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

By: <u>  <i>/s/ Benjamin Heikali</i>  </u><br>Benjamin Heikali