UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S. a minor, by and through his guardian, LUZ SANCHEZ, and A.D., a minor, by and through her guardian, DOLLY VIERRA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NINTENDO OF AMERICA INC.,<br><br>    Defendant. | No. C 20-06929 WHA<br><br>**FINAL JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, final judgment is hereby entered in favor of defendant Nintendo, Inc., and against plaintiff minors M.S. and A.D. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 22, 2022.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE